JS - 6

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| EARNEST PRESTON, | ) | No. CV 12-10280-JGB (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| AMY MILLER, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: May 2, 2014

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE